No. D–1933. IN RE DISBARMENT OF PHILLIPS. Disbarment entered. [For earlier order herein, see 523 U. S. 1057.]

No. D–1936. IN RE DISBARMENT OF GREER. Disbarment entered. [For earlier order herein, see 523 U. S. 1069.]

No. D–1938. IN RE DISBARMENT OF ROTTER. Disbarment entered. [For earlier order herein, see 523 U. S. 1069.]

No. D–1939. IN RE DISBARMENT OF IRONS. Disbarment entered. [For earlier order herein, see 523 U. S. 1069.]

No. D–1942. IN RE DISBARMENT OF COLLINS. Disbarment entered. [For earlier order herein, see 523 U. S. 1092.]

No. D–1943. IN RE DISBARMENT OF KANTOR. Further consideration of rule to show cause deferred. [For earlier order herein, see 523 U. S. 1092.]

No. D–1944. IN RE DISBARMENT OF HALL. Disbarment entered. [For earlier order herein, see 523 U. S. 1092.]

No. D–1946. IN RE DISBARMENT OF BLUMENTHAL. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1947. IN RE DISBARMENT OF KRUPA. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1951. IN RE DISBARMENT OF BREEZE. Disbarment entered. [For earlier order herein, see 523 U. S. 1114.]

No. D–1965. IN RE DISBARMENT OF MENDELSON. Michael Sweig Mendelson, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 15, 1998 [ante, p. 925], is discharged.

No. D–1972. IN RE DISBARMENT OF HYNES. Douglas James Hynes, of Farmingdale, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.